00-1710 ADM/RLE

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Shelley M. Borthel, Cashier
Garnishee

SUBSCRIBED and SWORN to before me this

11 day of August, 2004.

Linda Feist
NOTARY PUBLIC

LINDA FEIST
Notary Public–Minnesota
My Comm. Expires January 31, 2005

RECEIVED
BY MAIL
AUG
CLERK, U.S. DIST. COURT
MINNEAPOLIS

SCANNED
AUG 12 2004
U.S. DISTRICT COURT MPLS