UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1710 ADM/RLE

UNITED STATES OF AMERICA,
Plaintiff,

v.

RODERICK B. MCKEAG,
Defendant,

LAKE COUNTRY STATE BANK,
Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 5, 2004, is hereby released.

Dated:August 30, 2004

s/Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge