UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1710 ADM/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR** |
| | ) | **COMPROMISED SETTLEMENT** |
| v. | ) | |
| | ) | |
| RODERICK B. MCKEAG, | ) | |
| | ) | |
| Defendant. | ) | |

The parties named above, the United States of America, plaintiff, and Roderick B. McKeag, defendant, hereby stipulate and agree to settle the balance due on the judgment in this action according to the following terms:

1. The defendant agrees to make a lump sum payment of $9,000.00. The payment must be received in the Financial Litigation Unit, U.S. Attorney's Office, 300 S. Fourth Street, Room 600, Minneapolis, Minnesota 55415, by 5:00 p.m. on November 30, 2004. The payment by defendant will be by certified check or money order, made payable to the "U.S. Department of Justice" and mailed to the address listed above.

2. The parties agree that as of the date of the signing of this stipulation, the debt balance owed plaintiff by the defendant is $18,038.29 principal, plus interest to November 1, 2004, in the amount of $190.70, together with additional post judgment interest at the rate of 6.241 percent per annum and costs in the amount of $170.40.

3. If the defendant fails to adhere to the terms set forth in paragraph one above, by failing to make the payment described in said paragraph, or by making the payment described in said paragraph late or in an amount less than agreed herein, this agreement to settle is null and void, and the plaintiff will pursue collection against defendant for the entire amount due under paragraph two above.

4. The parties agree that the plaintiff will refrain from taking action to enforce collection of the judgment debt outlined in paragraph two until December 29, 2004. However, if the defendant fails to adhere to the terms set forth in paragraph one above, the plaintiff is thereafter entitled to enforce collection of the judgment by all legal means available, including, but not limited to, garnishing the defendant's wages and bank accounts and levying against the defendant's non-exempt real and personal property.

5. Defendant has read and understands the provisions of this agreement and that this document constitutes the entire agreement between the parties regarding settlement.

Dated: December 28, 2004

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887

Dated: 12/6/04

[signature]

RODERICK B. MCKEAG
Defendant